

**U.S. Department of Justice**

Executive Office for United States Attorneys

| | | |
|---|---|---|
| Freedom of Information and Privacy Staff | *Suite 7300, Bicentennial Building*<br>*600 E Street, NW*<br>*Washington, DC 20530* | *(202) 252-6020*<br>*FAX (202) 252-6047* |

July 20, 2017

Andrew Clarke
FCI Allenwood Med
#18086-050
P.O. Box 2000
White Deer, PA 17887

Re: Request Number: EOUSA-2017-002202
Date of Receipt: 07/14/2017
Subject of Request: Grand Jury Records

Dear Andrew Clarke:

      The Executive Office for United States Attorneys has received your Freedom of Information Act request and assigned the above number to the request.

      Grand jury material is exempt from mandatory release pursuant to 5 U.S.C. § 552(b)(3), which exempts from release "matters specifically exempted from disclosure by statute." Since Rule 6(e) of the Federal Rules of Criminal Procedure (Pub. L. 95-78, 91 Stat. 319(1977)) provides that grand jury proceedings shall be secret, disclosure of grand jury information is prohibited by law. Therefore, this is a full denial.

      If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

      You may contact our FOIA Public Liaison at the telephone number listed above for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; e-mail at

ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Kevin Krebs
Assistant Director

Form No. 006A - 12/15