ANDREW CLARKE #18086-050
FCI ALLENWOOD MED P.O. BOX 2000
WHITE DEER PA. 17887

DOJ/EOUSA/FOIA STAFF
20 7 JUL 14 AM 10: 38

EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS
ASSISTANT DIRECTOR, FOIA/PRIVACY UNIT ROOM 7200
600 E STREET, NW
DEPARTMENT OF JUSTICE
WASHINGTON DC, 20530-0001

RE: FREEDOM OF INFORMATION ACT REQUEST
DEAR DEPUTY DIRECTOR,

UNDER THE FREEDOM OF INFORMATION ACT, 5 USC SUBSECTION 552, AND THE PRIVACY ACT, 5 USC 552a, I AM REQUESTING ACCESS TO ALL RECORDS RELATED TO THE MINISTERIAL RECORDS OF THE GRAND JURY IN UNITED STATES V. ANDREW CLARKE 1:13-021 RBK THESE RECORDS ARE MAINTAINED IN REGULAR COURSE OF BUISNESS OF THE CLERK OF COURT FOR THE DISTRICT OF NEW JERSEY.

PURSUANT TO 5 USC 552(a)(6)(i), I REQUEST THAT YOU MAKE A DETERMINATION REGARDING THE RELEASE OF THIS INFORMATION WITHIN THE (20) TWENTY DAY STATUTORY PERIOD. I ALSO REQUEST A FEE WAIVER PURSUANT TO 5 USCS 552(a)(4)(A)(111).

IF YOU DENY ALL OR ANY PART OF THIS REQUEST, PLEASE CITE EACH SPECIFIC EXEMPTION YOU THINK JUSTIFIES YOUR REFUSAL TO RELEASE UNDER LAW. IF YOU HAVE ANY QUESTIONS CONCERNING THE HANDLING OF THIS REQUEST, YOU MAY CONTACT ME AT THE ABOVE ADDRESS.

SINCERELY
ANDREW CLARKE

D. PARKER, CSW 4/7/17. Authorized by the
(Name)          (Title)
Act of July 7, 1955, as amended, to administer oaths.
(18 USC 4004).

DOJ Form 361 Certification of Identity

## Certification of Identity

**Privacy Act Statement.** In accordance with 28 CFR Section 166.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of US Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on your request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, US Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103?0016), Washington, DC 20503.

Full Name of Requester **ANDREW FREDERICK CLARKE**

Current Address **FCI ALLENWOOD P.O. BOX #2000 WHITE DEER PA 17887**

Date of Birth **6-24-72**   Place of Birth **ORANGE, NJ**

Social Security Number **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**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any records under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5000.

Signature _____   Date **6-7-2017**

D. PACKER / _____ CSW 6/7/17 Authorized by the
(Name)           (Title)
Act of July 7, 1955, as amended, to administer oaths.
(1B USC 4004).

**Optional: Authorization to Release Information to Another Person (or organization)**
(This portion is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person or organization.)

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____

Print or Type Name (and Organization, if applicable

1. Name of individual who is the subject of the record sought.
2. Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
3. Signature of individual who is the subject of the record sought.



last updated: 03/14/07
usdoj/usncb/ids

FORM DOJ-361,
USNCB Website
Version, Original
form approved
OMB No. 1103-0016

file://H:/DOJ%2.../Form%20361-Certification%20of%20Identity

INMATE NAME/NUMBER ANDREW CLARKE #18086-050
FEDERAL CORRECTION COMPLEX-ALLENWOOD (MED)
P.O. BOX 2000
WHITE DEER, PA 17887

HARRISBURG PA 171
08 JUN 2017 PM 2 L
X-RAYED

X-RAYED
JUN 18 20??
DOJ MAILROOM

DOJ MAILROOM

JUN 07 2017

INSPECTED 7

Executive Office for United States Attorneys
Assistant Director, FOIA/PRIVACY UNIT   Rm 7200
600 E STREET, NW   DEPARTMENT of JUSTICE
Washington DC   20530-001

INSPECTED 9

20530×0001        LEGAL MAIL!

**ALLENWOOD FEDERAL CORRECTIONAL INSTITUTION**
**WHITE DEER, PA 17887-2500**

DATE _____

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.