

**U.S. Department of Justice**

Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

Mr. Andrew Clarke
Register No. 18086-050
Federal Correctional Institution        Re:     Appeal No. DOJ-AP-2018-000496
Post Office Box 2000                            Request No. EOUSA-2017-002202
White Deer, PA  17887                           MWH:EMY

**VIA:  U.S. Mail**

Dear Mr. Clarke:

  You appealed from the action of the Executive Office for United States Attorneys (EOUSA) on your Freedom of Information Act request for all "ministerial records" of the grand jury in <u>United States v. Andrew Clarke</u>, Case No. 1:13-021.  I note that your appeal concerns the withholdings made by EOUSA.

  After carefully considering your appeal, I am releasing to you a copy of the six-page grand jury indictment from your criminal case, which is publicly available, and which contains some of the information that you seek.  I am otherwise affirming EOUSA's action on your request.  The FOIA provides for disclosure of many agency records.  At the same time, Congress included in the FOIA nine exemptions from disclosure that provide protection for important interests such as personal privacy, privileged communications, and certain law enforcement activities.  Any non-public grand jury records would be protected from disclosure pursuant to 5 U.S.C. § 552(b)(3).  This provision concerns matters specifically exempted from release by a statute other than the FOIA (in this instance, Rule 6(e) of the Federal Rules of Criminal Procedure, which pertains to the secrecy of grand jury proceedings).

  Please be advised that this Office's decision was made only after a full review of this matter.  Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of EOUSA in response to your request.

  If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

  For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  Using OGIS services does not affect your right to pursue litigation.  The contact information for OGIS is as follows:  Office of Government Information

- 2 -

Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.  If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal.  Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

Sincerely,

3/21/2018

X _[signature: Sean O'Neill]_

Sean R. O'Neill
Chief, Administrative Appeals Staff
Signed by: OIP